# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Karen L Brinkman,<br><br>                      Debtor(s). | Chapter 13<br><br>Case No.:   13-36144 |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay and the codebtor stay imposed by 11 U.S.C. §§ 362(a) and 1301(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §§ 362(d) and 1301(c) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

A strip of land 5 feet wide in Lot 6 of County Auditor`s Subdivision No.5 in the City of Windom, Cottonwood County, Minnesota, running the length of said Lot 6: and all of Lot 7 except a strip of land 5 feet wide running the length of said Lot 7 and being the Southeasterly 5 feet of said Lot 7 of County Auditor`s Subdivision, Cottonwood County, Minnesota.

DATED: *March 22, 2017*

/e/ Katherine A. Constantine
Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/22/2017*
Lori Vosejpka, Clerk, By jhn, Deputy Clerk